### HOWARD v. MILLER.

A *scire facias* against the sheriff's bail must be brought within twelve months from rendering the judgment.

ERROR to reverse a judgment of the County Court, in a *scire facias*, brought by Miller v. Howard; declaring, that the plaintiff prayed out a writ of attachment against Benjamin Howard, Jr. of Providence, in the state of Rhode Island, dated the 27th day of March, A. D. 1788, returnable before the County Court holden at Middletown, in Middlesex county, on the second Tuesday of November A. D. 1788; by which the body of the said Benjamin, Jr. was attached, and said Benjamin Howard gave bond in the sum of £60 to the sheriff, to be paid upon condition, that said Benjamin, Jr. should fail to appear before said County Court and answer to said suit; that said writ was duly returned, and said action was continued to the County Court holden at Haddam in said county on the first Tuesday of April, A. D. 1789; when and where said Benjamin, Jr. made default of appearing, and judgment was entered against him in said action; for the plaintiff to recover the sum of £16 7s. debt and cost; that execution was taken out on said judgment for the sums contained therein, dated the 20th of April, A. D. 1789, and delivered to a proper officer to serve, etc. who made return thereof with his indorsement thereon, dated the 16th of June,

A. D. 1789; that he had made diligent search within his precincts, but could find neither person nor estate whereon to levy said execution, etc. and that said judgment and said bond remained unsatisfied and unpaid: Further alleging that said Benjamin, Jr. brought a petition for a new trial in said cause to the County Court holden at said Middletown on the second Tuesday of November A. D. 1789; which was continued by the procurement of said Benjamin Howard, to the adjourned court in December A. D. 1790, when it was negatived; praying for a remedy against the bail; writ dated the 1st day of March, A. D. 1791.

Plea in abatement — That a *scire facias* did not lie on a sheriff's bail bond. Judgment — Plea insufficient.

The defendant then plead in bar — That more than twelve months had elapsed, from the time of rendering final judgment in said action, to the date and impetration of the plaintiff's *scire facias*, and by the statute entitled an act concerning bail in civil and criminal causes, the plaintiff was barred. Demurrer to the plea.

Judgment of the County Court — That the defendant's plea was insufficient.

Errors assigned — 1st. That a *scire facias* doth not lie on a sheriff's bail bond. 2d. That the County Court ought to have adjudged said plea in bar sufficient, and given judgment for the defendant to have recovered his cost.

Judgment — Manifest error; for the last reason assigned. The court made no decision upon the first. The statute is peremptory that the suit against the bail must be brought within twelve months, and not after; and the petition for a new trial and continuing it along in court, was no bar to the plaintiff's suing out his *scire facias*.